## CONRAD TEN EYCK, ADMINISTRATOR, ETC., OF HENRY BROWN, DECEASED, *versus* BENJAMIN STEAD

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Death suggested, administrator ruled to appear *p. 262; (2) discontinued *p. 342.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias.

*1821 Calendar*, MS p. 66. Recorded in *Book B*, MS pp. 114–16.

## HERCULES CARREL *versus* JAMES McMANUS

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 263; (2) appearance, default judgment *p. 291; (3) attendance of witness proved *p. 291.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of precipe for process filed in county court; (4) copy of county court capias; (5) declaration; (6) plea of non assumpsit and notice of set off; (7) precipe for subpoena; (8) subpoena; (9) report of referees and agreement as to amount due; (10) precipe for ca. sa.; (11) writ of ca. sa. and indorsement of amounts to be deducted; (12) sheriff's bill of fees; (13) precipe for alias ca. sa.; (14) alias ca. sa. and return; (15) acknowledgment of receipt of whiskey and agreement to sell, etc.

*1821 Calendar*, MS p. 77. Recorded in *Book B*, MS pp. 138–41.